1  Mitchell F. Boomer (State Bar No. 121441)
   Cara Ching-Senaha (State Bar No. 209467)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   boomerm@jacksonlewis.com
5
   Attorneys for Defendant
6  COGNOS CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 RANDY ACRES, an Individual,          Case No.

12                Plaintiff,             CERTIFICATE OF INTERESTED
                                         ENTITIES [Civil Local Rule 3-16]
13       v.

14 COGNOS CORPORATION, a business entity; Complaint Filed: 05/20/2008
   and DOES 1-25, inclusive,
15
                  Defendants.
16

17

18 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

19 DISTRICT OF CALIFORNIA AND PLAINTIFF'S ATTORNEYS HEREIN:

20         On behalf of Defendant COGNOS CORPORATION (hereinafter "COGNOS"),

21 PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, the following listed persons,

22 associations of persons, firms, partnerships, corporations, or other entities, (i) have a financial

23 interest in the subject matter in controversy, or in a party to the proceeding, or (ii) have a non-

24 financial interest in that subject matter or in a party that could be substantially affected by the

25 outcome of the proceeding:

26 //

27 //

28 //

---

1

CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                                    U.S.D.C. Case No. _____

1 | Cognos Corporation, a Delaware corporation, is a wholly owned subsidiary of
2 | International Business Machines Corporation, a New York corporation.

3 | DATED: August 18, 2008                    Respectfully submitted,

4 |                                                 JACKSON LEWIS LLP

By _/s/ Cara Ching-S_____
Mitchell F. Boomer
Cara Ching-Senaha
Attorneys for Defendant
COGNOS CORPORATION

---

2

CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                                                U.S.D.C. Case No. _____

# CERTIFICATE OF SERVICE

Case Name: Randy Acres v. Cognos Corporation, et al.
Case No.: USDC-ND _____

I, Marianne Solano, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On August 18, 2008, I served the attached CERTIFICATE OF INTERESTED PARTIES in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Michael T. Welch
Law Offices of Michael T. Welch
Four Embarcdero Center, 39th Floor
San Francisco CA 94111
415-399-1500 tel
415-399-0445 fax

[ x ]   BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. [( ) *Courtesy copy by fax.*]

[ ]    BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]    BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]    BY FACSIMILE: I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY).

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 18, 2008, at San Francisco, California.

_____
Marianne Solano

---

CERTIFICATE OF SERVICE
C

Case No. _____