Mitchell F. Boomer (State Bar No. 121441)
Cara Ching-Senaha (State Bar No. 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
boomerm@jacksonlewis.com

Attorneys for Defendant
COGNOS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY ACRES, an Individual, | Case No. C08-03926 MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| COGNOS CORPORATION, a business entity; and DOES 1-25, inclusive, | Complaint Filed: 05/20/2008<br>Removal filed: 08/18/08 |
| Defendants. | |

I, Marianne Solano, declare that I am employed with the law firm of Jackson, Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On August 18, 2008, I served the following documents:

1. Order Setting Initial Case Management Conference and ADR Deadlines (including Order Setting Conference, sample Joint Case Management Conference Statement and Proposed Order, and Standing Order for All Judges of the Northern District of California);

2. Welcome to the U.S. District Court, San Francisco (with list of judges and drop-box filing procedures);

3. U.S. District Court ECF Registration Information Handout;

4. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

1

Michael T. Welch
Law Offices of Michael T. Welch
Four Embarcdero Center, 39th Floor
San Francisco CA 94111
415-399-1500 tel
415-399-0445 fax

[ x ]   BY MAIL:  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]   BY HAND DELIVERY:  I caused such envelope(s) to be delivered by hand to the above address.

[ ]   BY OVERNIGHT DELIVERY:  I caused such envelope(s) to be delivered to the above address hours by OVERNITE EXPRESS delivery service.

[ ]   BY FACSIMILE:  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 18, 2008, at San Francisco, California.

_____
Marianne Solano