```
 1  Mitchell F. Boomer (State Bar No. 121441)
    JACKSON LEWIS LLP
 2  199 Fremont Street, 10th Floor
    San Francisco, California  94105
 3  Telephone:  (415) 394-9400
    Facsimile:  (415) 394-9401
 4
    Attorneys for Defendant
 5  COGNOS CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY ACRES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>COGNOS CORPORATION, a business entity; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  CV08-3926MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT COGNOS CORPORATION'S MOTION TO TRANSFER VENUE [28 U.S.C. § 1404(a)]<br>* AS AMENDED BY COURT<br>Date:   January 12, 2009<br>Time:   2:00 p.m.<br>Ctrm:   15<br><br>Complaint Filed: 5/26/08<br>Case Removed to Federal Court: 8/18/08 |

The court, having determined that this motion may be decided without the need for oral argument, and this court, ~~On January 12, 2008 at 2:00 p.m., in Courtroom 15 of the above-captioned court, the Honorable Marilyn Hall Patel, Judge of the United States District Court presiding, heard Defendant COGNOS CORPORATION's ("Cognos") Motion to Transfer Venue. Cognos appeared by and through its counsel Mitchell F. Boomer of Jackson Lewis LLP. Plaintiff Randy Acres ("Plaintiff"), appeared by and through his counsel Michael T. Welch, of the Law Offices of Michael T. Welch.~~ After considering the moving and opposing papers, ~~and the arguments of counsel, the Court~~ rules as follows:

---

[PROPOSED] ORDER GRANTING DEFENDANT COGNOS CORPORATION'S
MOTION TO TRANSFER VENUE [28 U.S.C. § 1404(a)]                                    Case No. CV08-3926MHP

1      IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §1404(a), this matter shall be
2  transferred to the United States District Court for the ~~Southern District of New York located in~~
3  ~~New York, New York~~. District of Massachushetts, and the Clerk of the Court shall transmit *
4      IT IS FURTHER ORDERED _____
5  _____
6  _____
7  _____
8
9
10  Dated:  January _7_, 2009     _____
11                                  Marilyn H. Patel
12                                  Judge of the United States District Court
13
14
15
16
17
18  * to the Clerk of the Court of the District of Massachusetts. None of the events, documents, or witnesses are in this District, and the employment agreement as governed by the laws of Massachusetts where defendant has its principal place of business. The claims have no nexus to this District. Finally, contrary to plaintiff's complaint, he is not currently a citizen or resident of California, and at all relevant times has, in fact, been a resident of Thailand.

*IT IS SO ORDERED* — Judge Marilyn H. Patel (signed, United States District Court, Northern District of California)

---

[PROPOSED] ORDER GRANTING DEFENDANT COGNOS CORPORATION'S
MOTION TO TRANSFER VENUE [28 U.S.C. § 1404(a)]         Case No. CV08-3926MHP